UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| VICTOR CHERNYY | ) | |
| 2120 Observatory Place, NW | ) | COMPLAINT FOR HEARING |
| Washington, DC 20007 | ) | ON NATURALIZATION |
| CIS File No. A74 832 676 | ) | APPLICATION |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No. |
| | ) | |
| PHYLLIS HOWARD, District Director | ) | |
| Washington Field Office | ) | |
| US Citizenship & Immigration Service | ) | |
| 2675 Prosperity Avenue | ) | |
| Fairfax, VA 22031 | ) | |
| | ) | |
| EMILIO T. GONZALEZ, Director | ) | |
| U.S. Citizenship and Immigration Services | ) | |
| 20 Massachusetts Avenue, N.W. | ) | |
| Washington, DC 20529 | ) | |
| | ) | |
| MICHAEL CHERTOFF, Secretary | ) | |
| U.S. Department of Homeland Security | ) | |
| 425 Murray Drive, Building 410 | ) | |
| Washington, DC 20528 | ) | |
| | ) | |
| ROBERT S. MUELLER, Director | ) | |
| Federal Bureau of Investigation | ) | |
| J. Edgar Hoover Building | ) | |
| 935 Pennsylvania Avenue, N.W. | ) | |
| Washington, DC 20535 | ) | |
| | ) | |
| Defendants | ) | |

## PRELIMINARY STATEMENT

1.  This action is brought against the defendants pursuant to 8 U.S.C. §1447(b) with a

    request for judicial relief in the form of an adjudication of the plaintiff's Application

    for Naturalization (Form N-400) in this Court.

Michael Maggio
Thomas K. Ragland
MAGGIO & KATTAR
11 Dupont Circle, NW Suite 775
mmaggio@maggio-kattar.com
Phone: 202-483-0053  Fax: 202-483-6801

2. The plaintiff properly filed his application with the defendants on September 10, 2003, and he attended an examination of his application on December 15, 2004. As more than 120 days have passed since the plaintiff's examination, the plaintiff seeks review of his application by this Court. The plaintiff is prima facie eligible for naturalization, as explained below, and this Court should grant his application for naturalization.

### JURISDICTION

3. This is a civil action brought pursuant to 8 U.S.C. § 1447(b) (jurisdiction of district court to decide an application for naturalization when there has been a failure by the agency to make a decision within 120 days of the examination). *See also* 8 C.F.R. § 310.5(a) (2006). Jurisdiction is further conferred by 8 U.S.C. § 1329 (jurisdiction of the district courts) and 28 U.S.C. § 1331 (federal question jurisdiction) and § 1361 (action to compel an officer of the United States to perform his duty) to redress the deprivation of rights, privileges, and immunities secured to the plaintiff, by which statutes jurisdiction is conferred. Jurisdiction is also conferred pursuant to 5 U.S.C. § 704 (Administrative Procedure Act).

4. This complaint is timely because more than 120 days have passed since the Washington District Office of U.S. Citizenship and Immigration Services ("USCIS") conducted an examination of the plaintiff on his naturalization application on December 15, 2004. *See* 8 U.S.C. § 1447(b); 8 C.F.R. § 310.5(a).

Michael Maggio
Thomas K. Ragland
MAGGIO & KATTAR
11 Dupont Circle, NW Suite 775
mmaggio@maggio-kattar.com
Phone: 202-483-0053  Fax: 202-483-6801

2

## VENUE

5.  Venue lies in the District of Columbia, the judicial district where the plaintiff resides, pursuant to 8 U.S.C. § 1447(b) (". . . the applicant may apply to the United States District Court for the District in which the applicant resides for a hearing on the matter."); *See also* 8 C.F.R. § 310.5(a).

## PARTIES

6.  The plaintiff, Mr. VICTOR CHERNYY, has been a lawful permanent resident of the United States since January 15, 1997 and resides in Washington, DC. He was born in the Russian Federation in 1947, and he is a citizen of the Russian Federation. His alien registration number is A74 832 676.

7.  The defendants, PHYLLIS HOWARD, District Director, USCIS Washington Field Office; EMILIO T. GONZALEZ, Director, USCIS; MICHAEL CHERTOFF, Secretary, U.S. Department of Homeland Security ("DHS"); and ROBERT S. MUELLER, Director, Federal Bureau of Investigation ("FBI"), are made party defendants pursuant to 8 U.S.C. § 1421(a). The Washington Field Office of USCIS conducted the examination of the plaintiff on his application for naturalization. USCIS is the agency of the U.S. Department of Homeland Security responsible for adjudicating applications for naturalization under the Immigration and Nationality Act and has the sole authority to naturalize persons as citizens of the United States, by delegation of the Attorney General, pursuant to 8 U.S.C. § 1421(a). *See also* 8 C.F.R. § 310.1. The defendant officials of USCIS referred to herein also include its predecessor organization, which was known as the U.S. Immigration and

Michael Maggio
Thomas K. Ragland
MAGGIO & KATTAR
11 Dupont Circle, NW Suite 775
mmaggio@maggio-kattar.com
Phone: 202-483-0053  Fax: 202-483-6801

3

Naturalization Service.[1]  The FBI is the agency responsible for completing security checks, including name and fingerprint checks, for applicants for immigration benefits including naturalization.

## FACTS

8. The plaintiff, Mr. Victor Chernyy, was born in the Russian Federation in 1947 and became a lawful permanent resident of the United States on January 15, 1997. *See* Exh. 1. He is married to Nataliya Chorna (translated as "Chernaya" on their marriage certificate), who was born in Yalta, Crimea and is a citizen of Ukraine. *See* Exh. 2. Mr. Chernyy has been steadily employed in this country, currently as the General Manager of Cyber-US, Inc., and has always paid his taxes. He has one son from a former marriage, Nikolai Chernyy, who is 24 years old and also a lawful permanent resident of the United States. *See* Exh. 3. Nikolai Chernyy applied for naturalization and was examined at the same time as his father, and he is also still awaiting clearance of background checks on his application.

9. Mr. Chernyy is eager to become a U.S. citizen and the delay by USCIS in adjudicating his application is of great concern to him. Among other reasons, Mr. Chernyy wishes to be able to sponsor his wife for permanent resident status, so that she may join him in the United States. Until Mr. Chernyy becomes a citizen, he can only file on his wife's behalf a visa petition that would likely take several years to process, in some cases as long as 12-15 years. However, once he becomes a citizen, Mr. Chernyy's wife would become immediately eligible for permanent resident status

---

[1] On March 1, 2003, the functions of the Immigration and Naturalization Service were transferred to the Department of Homeland Security pursuant to Title IV of the Homeland Security Act of 2002, Pub. L. No. 107-296, 116 Stat. 2135, 2177. *See Matter of D-J-*, 23 I&N Dec. 572, 573 n.1 (A.G. 2003).

Michael Maggio
Thomas K. Ragland
MAGGIO & KATTAR
11 Dupont Circle, NW Suite 775
mmaggio@maggio-kattar.com
Phone: 202-483-0053  Fax: 202-483-6801

4

and could join him in the United States. *See* INA § 201(b)(2)(A)(i), 8 U.S.C. § 1151(b)(2)(A)(i) (defining "immediate relatives"). Until that time, Mr. Chernyy faces separation from his wife, made lengthier by the respondents' unreasonably delay in adjudicating his application for naturalization.

10. Mr. Chernyy filed his application for naturalization (Form N-400) with USCIS on September 10, 2003. *See* Exh. 4. He attended an examination on his naturalization application at the USCIS Washington Field Office in Fairfax, Virginia on December 15, 2004, where he was interviewed by Officer Choi. *See* Exh. 5. At the end of the examination, Officer Choi informed Mr. Chernyy that he had passed the American civics and English language tests but that the application could not be approved until the security clearance procedure is completed. *See* Exh. 6.

11. On February 1, 2005, Mr. Chernyy's counsel sent a written inquiry to the USCIS Washington Field Office to inform the office that Mr. Chernyy had not yet received a security clearance, and to request that USCIS resubmit its request for such clearance to the FBI. *See* Exh. 7. USCIS did not respond to the inquiry.

12. On August 26, 2005, Mr. Chernyy's counsel sent a second written inquiry to USCIS, noting that more than 240 days had passed since the date of his naturalization interview. *See* Exh. 8. USCIS did not respond to the inquiry.

13. On October 18, 2005, Mr. Chernyy's counsel submitted a Request to Provide Security Clearances to the Federal Bureau of Investigation ("FBI"), directed to the email address Fbinncp@IC.fbi.gov. *See* Exh. 9. The FBI did not respond to the request.

Michael Maggio
Thomas K. Ragland
MAGGIO & KATTAR
11 Dupont Circle, NW Suite 775
mmaggio@maggio-kattar.com
Phone: 202-483-0053  Fax: 202-483-6801

5

14. On February 8, 2006, Mr. Chernyy attended an INFOPASS appointment at the USCIS Washington Field Office to inquire in person about his application. *See* Exh. 10. He was told that his case was still awaiting background checks, and that he should inquire directly by email with the FBI.

15. On March 28, 2006, an employee of Mr. Chernyy's undersigned counsel attended an INFOPASS appointment at USCIS and was informed that Mr. Chernyy's application was still awaiting FBI security clearance. *See* Exh. 11.

16. On May 10, 2006, Mr. Chernyy sent a written inquiry to USCIS requesting that his background checks be expedited. *See* Exh. 12. USCIS did not respond to the inquiry.

17. On June 28, 2006, Mr. Chernyy's counsel sent a third written inquiry to USCIS. *See* Exh. 13. USCIS did not respond to the inquiry.

18. On August 7, 2006, Mr. Chernyy again attended an INFOPASS appointment at the USCIS Washington Field Office to inquire in person about his application. *See* Exh. 14. He was again told that his case is still awaiting background checks.

19. The defendant USCIS has not issued a final decision on Mr. Chernyy's naturalization application. As more than 120 days have elapsed since Mr. Chernyy's examination on December 15, 2004, the plaintiff requests that this Court adjudicate his application for naturalization. *See* Exh. 15.

## CLAIMS

20. The plaintiff has a clear right to be granted United States citizenship and this Court has clear jurisdiction to adjudicate his application for naturalization now that the defendants have failed to do so within the time period specified in 8 U.S.C. §1447(b).

Michael Maggio
Thomas K. Ragland
MAGGIO & KATTAR
11 Dupont Circle, NW Suite 775
mmaggio@maggio-kattar.com
Phone: 202-483-0053  Fax: 202-483-6801

6

*See also* 8 C.F.R. § 310.5(a).  The plaintiff has no other relief available.  *See generally Iddir v. INS*, 301 F.3d 492, 500 (7th Cir. 2002).

21. The plaintiff has a clear right to be granted United States citizenship for the following reasons:

   a.  The plaintiff has demonstrated an understanding of the English language, including an ability to read, write, and speak words in ordinary usage in the English language, as required under 8 U.S.C. § 1423(a)(1).

   b.  The plaintiff has demonstrated a knowledge and understanding of the fundamentals of the history, and of the principles and form of government, of the United States, as required under 8 U.S.C. § 1423(a)(2).

   c.  The plaintiff is not opposed to the United States Government or law and does not favor, nor has he ever favored, any totalitarian form of government. Therefore, he is not barred from naturalization under 8 U.S.C. § 1424.

   d.  The plaintiff meets the requirements as to residence as provided under 8 U.S.C. § 1427(a).  Immediately prior to the filing of his application for naturalization on September 10, 2003, the plaintiff had resided continuously, after being lawfully admitted for permanent residence on January 15, 1997, within the United States for at least five years, and during the five years immediately preceding the date of filing his application for naturalization had been physically present therein for periods totaling at least half of that time. Furthermore, the plaintiff has resided in the District of Columbia for more than three months before filing his application for citizenship; thus, his

Michael Maggio
Thomas K. Ragland
MAGGIO & KATTAR
11 Dupont Circle, NW Suite 775
mmaggio@maggio-kattar.com
Phone: 202-483-0053  Fax: 202-483-6801

7

application for naturalization was properly filed pursuant to 8 U.S.C. § 1427(a)(1) with the Washington District Office of USCIS in Fairfax, Virginia. Finally, the plaintiff has continuously resided within the United States from the date of his application for naturalization on September 10, 2003 to the present.

e.  During all the periods referred to at 8 U.S.C. § 1427(a), the plaintiff has been and still is a person of good moral character, attached to the principles of the Constitution of the United States, and well disposed to the good order and happiness of the United States.

22. Congress has vested the Executive Branch with authority to confer citizenship. 8 U.S.C. § 1421(a). The statute authorizing the Executive Branch to decide citizenship is suffused with mandatory language. *See* 8 U.S.C. §§ 1422, 1423, 1427; *see also Iddir*, 301 F.3d at 499 (describing Congress' use of mandatory language and the word "shall" through the statute as conferring a duty upon the Attorney General to administer the diversity visa program.) The defendants owe the plaintiff a duty to adjudicate the plaintiff's application and have unreasonably failed to perform that duty. The fact of a grant of jurisdiction to U.S. District Courts to review lack of adjudication under 8 U.S.C. § 1447(b) demonstrates that Congress intended to impose a mandatory duty on the Executive Branch.

23. The plaintiff has exhausted any administrative remedies that exist and has availed himself of this Court's review under 8 U.S.C. § 1447(b), which provides for judicial recourse in cases of administrative inaction. When USCIS fails to make a

Michael Maggio
Thomas K. Ragland
MAGGIO & KATTAR
11 Dupont Circle, NW Suite 775
mmaggio@maggio-kattar.com
Phone: 202-483-0053  Fax: 202-483-6801

8

determination on a naturalization application within 120 days of the applicant's examination, the applicant may appeal to the appropriate federal district court for a hearing. 8 U.S.C. § 1447(b). The "examination" referenced in 8 U.S.C. § 1447(b) has been interpreted by this and other courts to refer to the initial examination interview scheduled under 8 U.S.C. § 1446(a). *See Castracani v. Chertoff*, 377 F. Supp. 2d 71, 73 (D.C.D.C. 2005); *see also United States v. Hovsepian*, 359 F.3d 1144, 1151 (9th Cir. 2004); *El-Daour v. Chertoff*, 417 F. Supp. 2d 679, 683 (W.D. Pa. 2005); *Angel v. Ridge*, 2005 WL 1263143, *4 (S.D. Ill. May 25, 2005).

24. The plaintiff is entitled to judicial review of his pending naturalization application pursuant to 8 U.S.C. § 1447(b), because more than 120 days have passed since he was interviewed by the Washington Field Office of USCIS on December 15, 2004, and USCIS has, to date, failed to make a determination on his application. *See also* 8 C.F.R. § 310.5(a). The filing of this petition vests the Court with exclusive jurisdiction to determine the plaintiff's naturalization application, pursuant to 8 U.S.C. § 1447(b). *See Castracani*, 377 F. Supp. 2d at 75; *see also Hovsepian*, 359 F.3d at 1159.

WHEREFORE, the plaintiff prays that the Court:

1. Assume jurisdiction over the case and adjudicate the plaintiff's application for naturalization.

2. Grant such other and further relief as this Court deems proper under the circumstances; and

Michael Maggio
Thomas K. Ragland
MAGGIO & KATTAR
11 Dupont Circle, NW Suite 775
mmaggio@maggio-kattar.com
Phone: 202-483-0053  Fax: 202-483-6801

9

3.  Grant attorney's fees and costs of Court to the plaintiff under the Equal

Access to Justice Act.

Respectfully submitted this 28th day of November 2006,

VICTOR CHERNYY

*By counsel,*

Michael Maggio
DC Bar Number: 254094

Thomas K. Ragland
DC Bar Number: 501021

MAGGIO & KATTAR
11 Dupont Circle, NW, Suite 775
Washington, DC 20036
202-483-0053
FAX: 202-483-6801
mmaggio@maggio-kattar.com

*Counsel for Plaintiff*

Michael Maggio
Thomas K. Ragland
MAGGIO & KATTAR
11 Dupont Circle, NW Suite 775
mmaggio@maggio-kattar.com
Phone: 202-483-0053  Fax: 202-483-6801

10

## VERIFICATION

I, Victor Chernyy, under penalty of perjury, state the following:

I affirm the truth of the factual contents of the foregoing Petition for Hearing on

Naturalization Application, upon information and belief.

Dated: _November 10, 2006_

Place: _Washington, D.C._


_VICTOR VASILIEVICH CHERNYY_

VICTOR CHERNYY





Translation from Ukrainian/Russian

## MARRIAGE CERTIFICATE

Citizen Chernyy Victor Vasilievich  who was born on            , 1947
Place of birth – City of Yaroslavl, Russian Federation
Citizenship – citizen of the Russian Federation
and citizen Tkchenko Natalia Vasilievna who was born on            , 1967
Place of birth – City of Yalta, Autonomous Republic of Crimea, Ukraine
Citizenship – citizen of Ukraine
were married on February 21, 2004 ( twenty first of February, two thousand four)
as registered in the marriage registry book on February 21, 2004 under # 55.

After the marriage they were given the following names:
husband – Chernyy
wife -        Chernaya

Registration place – Department of Registration of Acts of Civil Marriage of the
Yalta Municipal Directorate of Justice of the Autonomous Republic of  Crimea, Ukraine.
Date : February 21, 2004

Head of the Department of Registration of Acts of
Civil Marriage

T.V. Chernaya

Seal : Ministry of Justice of Ukraine
       Department of Registration of Acts of Civil Marriage of
       the Yalta Directorate of Justice,
       the Autonomous Republic of Crimea.

1-AP # 146106

I, Victor Chernyy, who made this translation, do hereby state that this is a correct and
complete translation of the Ukrainian/Russian original

City / County of _Alexandria_
Commonwealth/State of __VA__
The foregoing instrument was acknowledged
before me this _24_ day of _January_
20_06_ by _Victor Chernyy_
_____
(name of person seeking acknowledgement)
Notary Public
My commission expires _11/30/08_

# СВІДОЦТВО
# ПРО ОДРУЖЕННЯ

**Черный**

Громадянин
**Виктор Васильевич**        *(прізвище,*

*(ім'я, по батькові)*

лкий народився        **1947**        р.

мусце народження **г.Ярославль**

**Российская Федерация**

громадянство        **гр-н Российской Федерации**

національність        ———

і громадянка        **Ткаченко**

**Наталия Васильевна**        *(прізвище,*

*(ім'я, по батькові)*        **1967**

яка народилася «    »        **г.Ялта**        р.

місце народження **Автономная Республика Крым, Украина**

громадянство **гражданка Украины**

національність        ———

---

**21.02.2004 года**

одружились **двадцать первого февраля две тысячи четвертого года**

*(цифрами та прописом)*

про що в книзі ресстрації актів про одруження

**2004**        **февраля**        **21**
року _____ місяця _____

зроблено запис за №        **55**

Прізвища після одруження:

чоловіка        **Черный**

дружини        **Черная**

Місце ресстрації: **Отдел регистрации актов граждан состояния Ялтинского городского равления юстиции Ав номной Республики Крым, Украина**

**Отдел регистрации актов граждан состояния Ялт Орган, що видав свідоцтво Управления юстиц Автономной Республики Крым, Украина**

Дата видачі «    »        **февраля**        20

М.П.        Завідуючий відділом запису ктів громадянського стану

**1-АП        № 146236**





A1USA074832677<01<9702<<<<<<<<
8202084M0702278<<<<<A98D00B05
CHERNYY<<NIKOLAI<V<<<<<<<<<<<<

U.S. Department of Justice
Immigration and Naturalization Service

**Notice of Action**

# THE UNITED STATES OF AMERICA

| Receipt | | | NOTICE DATE<br>October 03, 2003 |
|---|---|---|---|
| CASE TYPE<br>N400    Application For Naturalization | | | INS A#<br>A 074 832 676 |
| APPLICATION NUMBER<br>ESC*001091794 | RECEIVED DATE<br>September 10, 2003 | PRIORITY DATE<br>September 10, 2003 | PAGE<br>1 of 1 |

APPLICANT NAME AND MAILING ADDRESS

VICTOR VASILIEVICH CHERNYY
c/o JAMES D ALEXANDER ESQ
MAGGIO & KATTAR P C
11 DUPONT CIR N W STE 775
WASHINGTON DC 20036

PAYMENT INFORMATION:

| | |
|---|---|
| Single Application Fee: | $310.00 |
| Total Amount Received: | $310.00 |
| Total Balance Due: | $0.00 |

The above application has been received by our office and is in process. Our records indicate your personal information is as follows:

Date of Birth:              1947
Address Where You Live:   2120 OBSERVATORY PL N W
                          WASHINGTON DC 20007

Please verify your personal information listed above and immediately notify our office at the address or phone number listed below if there are any changes.

You will be notified of the date and place of your interview when you have been scheduled by the local INS office. You should expect to be notified within  90 days of this notice.

If you have any questions or comments regarding this notice or the status of your case, please contact our office at the below address or customer service number. You will be notified separately about any other cases you may have filed.

If you have other questions about possible immigration benefits and services, filing information, or INS forms, please call the INS National Customer Service Center (NCSC) at **1-800-375-5283**. If you are hearing impaired, please call the NCSC TDD at **1-800-767-1833**.

If you have access to the Internet, you can also visit INS at **www.ins.usdoj.gov**. Here you can find valuable information about forms and filing instructions, and about general immigration services and benefits. At present, this site does not provide case status information.

**INS Office Address:**
US IMMIGRATION AND NATURALIZATION SERVICE
75 LOWER WELDEN STREET
ST ALBANS VT 05479-

**INS Customer Service Number:**
(800) 375-5283

REPRESENTATIVE COPY

Department of Homeland Security
U.S. Citizenship and Immigration Servi

**I-797C, Notice of Action**

## THE UNITED STATES OF AMERICA

| | |
|---|---|
| Request for Applicant to Appear for Naturalization Initial Interview | NOTICE DATE<br>October 19, 2004 |

| CASE TYPE<br>N400    Application For Naturalization | | INS A#<br>A 074 832 676 |
|---|---|---|
| APPLICATION NUMBER<br>ESC*001091794 | RECEIVED DATE<br>September 10, 2003 | PRIORITY DATE<br>September 10, 2003 | PAGE<br>1 of 1 |

APPLICANT NAME AND MAILING ADDRESS

VICTOR VASILIEVICH CHERNYY
c/o JAMES D ALEXANDER ESQ
MAGGIO & KATTAR P C
11 DUPONT CIR N W STE 775
WASHINGTON DC 20036

Please come to:
U.S.C.I.S.
2675 PROSPERITY AVENUE
2ND FLOOR
ROOM 200
FAIRFAX VA 22031
**On (Date):** Wednesday, December 15, 2004
**At (Time):** 02:20 PM



You are hereby notified to appear for an interview on your Application for Naturalization at the date, time, and place indicated above. **Waiting room capacity is limited. Please do not arrive any earlier than 30 minutes before your scheduled appointment time.** The proceeding will take about two hours. If for any reason you cannot keep this appointment, return this letter immediately to the INS office address listed below with your explanation and a request for a new appointment; otherwise, no further action will be taken on your application.

If you are applying for citizenship for yourself, you will be tested on your knowledge of the government and history of the United States. You will also be tested on reading, writing, and speaking English, unless on the day you filed your application, you have been living in the United States for a total of at least 20 years as a lawful permanent resident and are over 50 years old, or you have been living in the United States for a total of 15 years as a lawful permanent resident and are over 55 years old, or unless you have a medically determinable disability (you must have filed form N648 Medical Certification for Disability Exception, with your N400 Application for Naturalization).

**You MUST BRING** the following with you to the interview:
- This letter.
- Your Alien Registration Card (green card).
- Any evidence of Selective Service Registration.
- Your passport and/or any other documents you used in connection with any entries into the United States.
- Those items noted below which are applicable to you:

If applying for NATURALIZATION AS THE SPOUSE of a United States Citizen;
- Your marriage certificate.
- Proof of death or divorce for each prior marriage of yourself or spouse.
- Your spouse's birth or naturalization certificate or certificate of citizenship.

If applying for NATURALIZATION as a member of the United States Armed Forces;
- Your discharge certificate, or form DD 214.

If copies of a document were submitted as evidence with your N400 application, the originals of those documents should be brought to the interview.

**PLEASE** keep this appointment, even if you do not have all the items indicated above.

If you have any questions or comments regarding this notice or the status of your case, please contact our office at the below address or customer service number. You will be notified separately about any other cases you may have filed.

**INS Office Address:**
US IMMIGRATION AND NATURALIZATION SERVICE
2ND FLOOR
2675 PROSPERITY AVENUE
FAIRFAX VA 22031-

**INS Customer Service Number:**
(800) 375-5283

REPRESENTATIVE COPY

**Department of Homeland Security**

# Naturalization Interview Results

**U.S. Citizenship and Immigration Services**

A#:    74832676

On  __12/15/200__  , You were interviewed by CIS Immigration Officer        Choi

☑ · You passed the tests of English and U.S. history and government.

☐  You passed the test of U.S. history and government and the English language requirement was waived.

☐  The Service has accepted your request for a Disability Exception. You are exempted from the requirement to demonstrate English language ability and/or knowledge of U.S. history and government.

You will be given another opportunity to be tested on your ability to:

☐ Speak English      ☐  Read English      ☐   Write English      ☐   Civic/ U.S.History

☐  Please follow the instructions as indicated on Form N-14

☑  Citizenship and Immigration Services (CIS) will send you a written decision regarding your application

☐  You did not pass the second and final test of English ability.

☐  You did not pass the second and final test of your knowledge of U.S. history and government.

You will not be rescheduled for another interview for this N-400 Application. CIS will send you a written decision about your application for citizenship.

**A.** ☐  **CONGRATULATIONS!** **Your application has been recommended for approval.**    At this time, it appears that you have established your eligibility for naturalization. If final approval is granted, you will be notified when and where to report for the Oath Ceremony.

**B.** ☑  **A decision cannot yet be made about your application**

_Still awaiting name check result from another government_

**Important Notes:**

1. Notify the Citizenship and Immigration Services (CIS) if you change address

2. Come to any scheduled interview(s)

3. Submitt all requested documents

4. Send any questions about this application, in writing, to the officer named above. Please include your alien number, full name and a copy of this notice.

5. Go to any oath ceremony that you are scheduled to attend. Notify CIS as soon as possible, in writing, if you cannot attend any scheduled interview or Oath Ceremony. Please include a copy of this notice and scheduling notice.

_Feb. 17 2005 Fingerprint expire_

N-652 (Rev. 12/7/99) Y



**MAGGIO KATTAR**

Immigration
and
Nationality Attorneys

11 Dupont Circle, NW
Suite 775
Washington, DC 20036

202.483.0053 tel
202.483.6801 fax
www.maggio-kattar.com

Our File No: 03-518

February 1, 2005

Department of Homeland Security
U.S. Citizenship and Immigration Services
2675 Prosperity Avenue
Fairfax, VA 22031

**RE:**  **ESC\*001091794, Victor CHERNYY, A74 832 676**
         **ESC\*001091797, Nikolai CHERNYY, A74 832 677**

Dear Sir or Madam:

We are currently awaiting security clearances for the above-referenced cases in order to proceed with scheduling a swearing-in ceremony. Victor and Nikolai Chernyy had their respective naturalization interviews on **December 15, 2004** and have yet to receive security clearances. We request that CIS resubmit its security clearance requests, as it is very possible that the first ones are lost or forgotten.

We appreciate and thank you for your attention to this matter.

Sincerely,

MAGGIO & KATTAR

James D. Alexander

cc: Mr. Victor Chernyy, Mr. Nikolai Chernyy

*JDA/efk*
*g:clients/C/Chernyy, V/secrty clear. req 2*

Michael Maggio          Andrés C. Benach\*          \*Not admitted in
Alison J. Brown\*        Maxine Bayley



| MAGGIO KATTAR | Immigration and Nationality Attorneys | II Dupont Circle, NW Suite 775 Washington, DC 20036 | 202.483.0053 tel 202.483.6801 fax www.maggio-kattar.com |

Our File No. 03-518

August 26, 2005

**By Certified Mail #7003 3110 0002 8194 0562**

U.S. Department of Homeland Security
Citizenship and Immigration Services
Washington District Office
2675 Prosperity Avenue
Fairfax, VA  22031

**RE:     ESC*001091794, Victor V. CHERNYY, A74 832 676**
**APPLICATION FOR NATURALIZATION**

Dear Sir/Madam:

The naturalization interview for our client, Victor Chernyy, took place on December 15, 2004.  A decision could not be made at that time of this interview because the security name check for Mr. Chernyy had not yet been completed.  Even though over **240 days** have elapsed since Mr. Chernyy's interview we are yet to receive a decision from your office.  Enclosed please find a copy of Mr. Chernyy's Naturalization Interview Results Form N-652 for your reference.

We will greatly appreciate it if you could look further into this matter and render a decision in Mr. Chernyy's naturalization application as soon as possible.  Moreover, kindly proceed to schedule Mr. Chernyy's Naturalization Oath Ceremony immediately after the approval of his application.

Thank you for your kind and prompt attention to this matter.

Sincerely,

MAGGIO KATTAR

James D. Alexander

Enclosure:  As stated.
cc:    Victor Chernyy

*JA/mr*
g:/Clients/C/Chernyy, Victor/USCIS inquiry regarding delay in processing of N-400 Aug. 05

| Alison J. Brown* | Maxine Bayley | *Not admitted in |
| Elizabeth A. Quinn* | Melissa Frisk* | Washington, DC |
| James Alexander* | Cora Tekach | |

## Eleanor Kaufman

**From:** Eleanor Kaufman
**Sent:** Tuesday, October 18, 2005 11:57 AM
**To:** 'vvc@cyber-us.com'
**Cc:** Jim Alexander
**Subject:** FW: Request for Completion of Security

Dear Mr. Chernyy:

Please see below e-mail sent to the FBI from Jim regarding your security clearances.

We will update you with any response from the FBI or CIS.

Sincerely,

Eleanor Kaufman,
Adminstrative Assistant

MAGGIO & KATTAR

Phone: (202) 483-0053
Fax: (202) 483-6801

11 Dupont Circle NW, Suite 775
Washington, D.C. 20036

---

**From:** Jim Alexander
**Sent:** Tuesday, October 18, 2005 11:50 AM
**To:** Fbinncp@IC.fbi.gov
**Cc:** Jim Alexander; Eleanor Kaufman
**Subject:** Request for Completion of Security

### Subject: Request To Provide Security Clearances

*Via E-Mail: Fbinncp@IC.fbi.gov*

Re:   **Victor CHERNYY; A74 832 676; ESC*001091794
Nikolai CHERNYY; A74 832 677; ESC*001091797
<u>Request for Completion of Security Check</u>**

Dear Sir or Madam:

I write to respectfully request that your office provide CIS with the security clearances for our above-referenced clients. Mr. Cherny and his son have had naturalization applications pending with Citizenship and Immigration Services since September 10, 2003. CIS was unable to make a decision following their naturalization interviews on December 15, 2004 as the FBI had not yet completed their security clearances.

Kindly provide us with a status update as to where this case is in the security clearance process. If the delay is due to the CIS requests being misplaced please notify us immediately so that we may request that CIS reissue security requests. We thank you for your time and attention to this matter. Please let us know if you have any questions.



**INFOPASS**
Your e-Ticket to Immigration Information

**Name:** **Victor Vasilievich Chernyy**

**Appointment Type:** Speak to immigration officer

**Confirmation No.:** WAS-06-2827      **Authentication Code:** 5fdf

**Appointment Date:** **February 8, 2006**      **Appointment Time:** **10:30 AM**

**Location:** 2675 PROSPERITY AVENUE, Fairfax, VA 22031; LOBBY - Room 102

**Please be on time. Failure to show up on time will result in the cancellation of your appointment. You will then need to reschedule your appointment. You will not be admitted more than 15 minutes before your scheduled appointment time.**

- You must appear in person and bring photo identification along with this appointment letter.
- Acceptable forms of identification are any of the following: Government issued identification, passport, valid driver's license, I-94, Work Authorization Card, or Permanent Resident Card. (Green Card)
- In order to serve you more efficiently, we require you to bring all applicable immigration forms, letters, receipts, translations and originals of supporting documents.
- US CIS new address is 2675 Prosperity Avenue, Fairfax, VA 22031

**This is your Confirmation Number:**



*WAS-06-2827*

**If you wish to cancel this appointment, you will need the following Personal Identification Number:**

*45902*

## Eleanor Kaufman

**From:**    Eleanor Kaufman

**Sent:**    Wednesday, March 29, 2006 1:56 PM

**To:**    'vvc@cyber-us.com'

**Cc:**    Jim Alexander

**Subject:** INFOPASS Appointment

Dear Mr. Chernyy:

I attended an INFOPASS appointment yesterday at the Washington CIS office.  The officer I spoke with confirmed that your case is still awaiting FBI security clearance.  I am sorry that I do not have any more information for you at this time.  The officer reiterated what we have been told in the past, that the FBI checks are out of CIS' hands.

We will certainly update you as soon as we receive any further information.

Regards,

Eleanor Kaufman,
Legal Assistant
Maggio & Kattar
11 Dupont Circle N.W. Suite 775
Washington D.C. 20036
Phone: (202) 483-0053
Fax: (202) 483-6801
Email: ekaufman@maggio-kattar.com
Website: www.maggio-kattar.com

**PRIVATE AND CONFIDENTIAL:** This document is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable laws. If the recipient of this transmission is not the designated recipient or the employee or agent responsible for delivering this transmission to the designated recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this transmission in error, please notify us immediately and promptly destroy the original transmission.



May 10, 2006
U.S. Department of Homeland Security
U.S. Citizenship and Immigration Services
Washington District Office
2675 Prosperity Avenue
Fairfax, VA 22031

Attention: <u>Officer Choi or To Whom It May Concern</u>

RE: ESC* 001091794, Victor V. Chernyy, A74832676
       APPLICATION FOR NATURALIZATION

Dear Sir,

    I write, pursuant to the Naturalization Interview Results (N-652, Important Note #4), this letter in order to bring to your esteemed attention the fact that my Alien Residence Card expires on 02.12.2007 (See Exhibit I)

    As far as I know the USCIS is still awaiting results of my name check request. Taking into account the constant great volume of name checks, combined with the FBI's current work on processing residual name checks and the NNCP's limited resources it may happen that I will be out of status before the adjudication process is completed. Such a development greatly concerns me as I expect serious implications for me and my family. I understand that as a result I will not have a formal authority to work in the United States. Besides I will not be able to travel to the Crimea, Ukraine to meet with my beloved wife and the junior son (See Exhibit II). Also I will be deprived of the privilege to drive in the U.S. I have just renewed my driver's license. Based on my ARC's expiration date DC DMV renewed my DL until 1/12/2007. Now I have DL that is valid for eight months only (regular renewal term is five years). (See Exhibit III)

    In the situation could you, please, initiate a request to the appropriate FBI's division in order to expedite my name check?  On the FBI's website page related to the NNCP – Frequently Asked Questions- it is said that "Customer agencies will occasionally request expedited handling of specific name checks. Criteria used to determine which name checks receive expedited handlings are internal matters of each customer agency." "The FBI wills only response to status inquiries from its customer agencies." At the same time it is advised not to contact regarding such matters Congressional representative or the FBI's Office of Congressional Affaires or the NNCP directly as it will not contribute to the expediting of a name check. That is why the USCIS is my only hope to move my case ahead.

    Just in case, I filed with the FBI's CJIS Division a request for my identification record. However, I am not sure to what extent it may be helpful.

    My application for naturalization was filed in September 2003 and the naturalization interview took place on December 15, 2004.

---

**Please, advise what I am supposed to do.**
**Your kind and prompt attention to this matter will be highly appreciated.**

 **Kind regards,**


 **Victor Chernyy**



**MAGGIO KATTAR**

| | | | |
|---|---|---|---|
| Immigration<br>and<br>Nationality Attorneys | 11 Dupont Circle, NW<br>Suite 775<br>Washington, DC 20036 | 202.483.0053 tel<br>202.483.6801 fax<br>www.maggio-kattar.com | |

Our File No: 03-518

June 28, 2006

Department of Homeland Security
U.S. Citizenship and Immigration Services
2675 Prosperity Avenue
Fairfax, VA 22031

**RE:**   **ESC*001091794, Victor CHERNYY, A74 832 676**
       **ESC*001091797, Nikolai CHERNYY, A74 832 677**

Dear Sir or Madam:

This is to request a status update of the current status of our above-referenced clients naturalization applications.   They both appeared for their respective interviews on December 15, 2004, but to this date, your office is yet to schedule them for their Oath Ceremony.

Thank you for your kind attention to this matter.

Sincerely,

MAGGIO & KATTAR, P.C.

James D. Alexander

cc: Victor & Nikolai Chernyy

*JDA/mr*
*G:/Clients/C/Chernyy, Victor/Request for status update from CIS*

Michael Maggio
Alison J. Brown*
Elizabeth A. Quinn*
James Alexander*

Andrés C. Benach*
Maxine Bayley
Melissa Frisk*
Cora Tekach

Sandra Grossman*
John Nahajzer
Amy R. Novick

*Not admitted in
Washington, DC

toPass..                                                                    https://infopass.uscis.gov/infopass.php?PHPSESSID=b4407b0ca1c...



**Name:** **Victor Vasilyivich Chernyy**

**Appointment Question about case
Type:**

**Confirmation WAS-06-21355
No.:**

**Authentication 5ff3
Code:**

**Appointment August 7, 2006
Date:**

**Appointment 10:30
Time: AM**

**Location: 2675 PROSPERITY AVENUE, Fairfax, VA 22031; LOBBY - Room 102**

### This is your Confirmation Number:



*WAS-06-21355*

## If you wish to cancel this appointment, you will need the following Personal Identification Number:

48927

**Please be on time. Failure to show up on time will result in the cancellation of
your appointment. You will then need to reschedule your appointment. You will
not be admitted more than 15 minutes before your scheduled appointment time.**

- **You must appear in person and bring photo identification along with this
  appointment letter.**
- **Acceptable forms of identification are any of the following: Government
  issued identification, passport, valid driver's license, I-94, Work
  Authorization Card, or Permanent Resident Card. (Green Card)**
- **In order to serve you more efficiently, we require you to bring all
  applicable immigration forms, letters, receipts, translations and originals
  of supporting documents.**
- **US CIS new address is 2675 Prosperity Avenue, Fairfax, VA 22031**

**U.S. Department of Justice**
Immigration and Naturalization Service

OMB No. 1115-0009

# Application for Naturalization

Print clearly or type your answers using **CAPITAL** letters. Failure to print clearly may delay your application. Use black or blue ink.

| Part 1. Your Name *(The Person Applying for Naturalization)* |
|---|

Write your INS "A"- number here:

A __ __ __ **A074 832 676** __ __ __

**A. Your current legal name.**

Family Name *(Last Name)*

CHERNYY

| Given Name *(First Name)* | Full Middle Name *(If applicable)* |
|---|---|
| Victor | Vasilievich |

**B. Your name exactly as it appears on your Permanent Resident Card.**

Family Name *(Last Name)*

Chernyy

| Given Name *(First Name)* | Full Middle Name *(If applicable)* |
|---|---|
| Victor | V. |

**C. If you have ever used other names, provide them below.**

| Family Name *(Last Name)* | Given Name *(First Name)* | Middle Name |
|---|---|---|
| Cherny | Victor | |
| Tchernyi | Victor | |
| | | |

**D. Name change** *(optional)*

Please read the Instructions before you decide whether to change your name.

1. Would you like to legally change your name? ☐ Yes ☒ No
2. If "Yes," print the new name you would like to use. Do not use initials or abbreviation when writing your new name.

Family Name *(Last Name)*

Given Name *(First Name)*          Full Middle Name

**FOR INS USE ONLY**

Bar Code          Date Stamp

Remarks

Action

| Part 2. Information About Your Eligibility    *(Check Only One)* |
|---|

I am at least 18 years old **AND**

A. ☒ I have been a Lawful Permanent Resident of the United States for at least 5 years.

B. ☐ I have been a Lawful Permanent Resident of the United States for at least 3 years, AND I have been married to and living with the same U.S. citizen for the last 3 years AND my spouse has been a U.S. citizen for the last 3 years.

C. ☐ I am applying on the basis of qualifying military service.

D. ☐ Other *(Please explain)* _____

## Part 3. Information About You

Write your INS "A"- number here:

A _ _ _ _ _ _ _ _ _   A074 832 676

**A. Social Security Number**

\_\_\_\_\_ 3869

**B. Date of Birth** *(Month/Day/Year)*

\_\_ \_\_ 1947

**C. Date You Became a Permanent Resident** *(Month/Day/Year)*

01/15/1997

**D. Country of Birth**

U.S.S.R.

**E. Country of Nationality**

Russian Federation

F. Are either of your parents U.S. citizens? *(if yes, see Instructions)*   ☐ Yes   ☒ No

G. What is your current marital status?   ☐ Single, Never Married   ☐ Married   ☒ Divorced   ☐ Widowed

☐ Marriage Annulled or Other *(Explain)* _____

H. Are you requesting a waiver of the English and/or U.S. History and Government requirements based on a disability or impairment and attaching a Form N-648 with your application?   ☐ Yes   ☒ No

I. Are you requesting an accommodation to the naturalization process because of a disability or impairment? *(See Instructions for some examples of accommodations.)*   ☐ Yes   ☒ No

If you answered "Yes", check the box below that applies:

☐ I am deaf or hearing impaired and need a sign language interpreter who users the following language: _____

☐ I use a wheelchair.

☐ I am blind or sight impaired.

☐ I will need another type of accommodation. Please explain: _____

_____

## Part 4. Addresses and Telephone Numbers

**A. Home Address - Street Number and Name** *(Do NOT write a P.O. Box in this space)*

2120 Observatory Place, N.W.

**Apartment Number**

| City | County | State | ZIP Code | Country |
|------|--------|-------|----------|---------|
| Washington | | D.C. | 20007 | U.S.A. |

**B. Care of**

**Mail Address - Street Number and Name** *(If different from home address)*

**Apartment Number**

| City | State | ZIP Code | Country |
|------|-------|----------|---------|
| | | | |

**C. Daytime Phone Number** *(If any)*

(202)841-0341

**Evening Phone Number** *(If any)*

(202)338-7451

**E-mail Address** *(If any)*

vvc@cyber-us.com

| Part 5. Information for Criminal Records Search | Write your INS "A"- number here: |
|---|---|
| | A ___ A074 832 676 ___ ___ |

**Note:** The categories below are those required by the FBI. See Instructions for more information.

**A. Gender**

[X] Male    [ ] Female

**B. Height**

| 5'10" | |
|---|---|
| Feet | Inches |

**C. Weight**

| 240 | |
|---|---|
| | Pounds |

**D. Race**

[X] White    [ ] Asian or Pacific Islander    [ ] Black    [ ] American Indian or Alaskan Native    [ ] Unknown

**E. Hair color**

[ ] Black    [X] Brown    [ ] Blonde    [ ] Gray    [ ] White    [ ] Red    [ ] Sandy    [ ] Bald (No Hair)

**F. Eye color**

[ ] Brown    [ ] Blue    [X] Green    [ ] Hazel    [ ] Gray    [ ] Black    [ ] Pink    [ ] Maroon    [ ] Other

| Part 6. Information About Your Residence and Employment |
|---|

**A.** Where have you lived during the last 5 years? Begin with where you live now and then list every place you lived for the last 5 years. If you need more space, use a separate sheet of paper.

| Street Number and Name, Apartment Number, City, State, Zip Code and Country | Dates *(Month/Year)* | |
|---|---|---|
| | From | To |
| Current Home Address - Same as Part 4.A | 08/1997 | Present |
| | | |
| | | |
| | | |
| | | |

**B.** Where have you worked (or, if you were a student, what schools did you attend) during the last 5 years? Include military service. Begin with your current or latest employer and then list every place you have worked or studied for the last 5 years. If you need more space, use a separate sheet of paper.

| Employer or School Name | Employer or School Address *(Street, City and State)* | Dates *(Month/Year)* | | Your Occupation |
|---|---|---|---|---|
| | | From | To | |
| Cyber-US, Inc. | 1800 Diagonal Rd., #500, Alexandria VA 22314 | 04/1995 | present | General Manager |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Part 7. Time Outside the United States**
*(Including Trips to Canada, Mexico, and the Caribbean Islands)*

Write your INS "A"- number here:
A ___ A074 832 676 ___

A. How many total days did you spend outside of the United States during the past 5 years?  **542** days

B. How many trips of 24 hours or more have you taken outside of the United States during the past 5 years?  **37** trips

C. List below all the trips of 24 hours or more that you have taken outside of the United States since becoming a Lawful Permanent Resident. Begin with your most recent trip. If you need more space, use a separate sheet of paper.

| Date You Left the United States (Month/Day/Year) | Date You Returned to the United States (Month/Day/Year) | Did Trip Last 6 Months or More? | Countries to Which You Traveled | Total Days Out of the United States |
|---|---|---|---|---|
| 06/09/2003 | 07/18/2003 | ☐Yes ☒No | Ukraine | 39 |
| 04/28/2003 | 05/24/2003 | ☐Yes ☒No | France, Ukraine | 28 |
| 03/07/2003 | 03/21/2003 | ☐Yes ☒No | Ukraine | 15 |
| 01/06/2003 | 01/17/2003 | ☐Yes ☒No | Ukraine | 12 |
| 10/19/2002 | 11/10/2002 | ☐Yes ☒No | Ukraine, Russia | 23 |
| 07/07/2002 | 07/21/2002 | ☐Yes ☒No | Ukraine, Russia | 15 |
| 03/04/2002 | 03/24/2002 | ☐Yes ☒No | Ukraine, Germany | 21 |
| 12/29/2001 | 01/05/2002 | ☐Yes ☒No | Ukraine, Russia | 9 |
| 11/15/2001 | 11/25/2001 | ☐Yes ☒No | Ukraine, Russia | 11 |
| 08/27/2001 | 09/09/2001 | ☐Yes ☒No | Ukraine | 14 |

**Part 8. Information About Your Marital History**

A. How many times have you been married (including annulled marriages)?  **2**  If you have NEVER been married, go to Part 9.

B. If you are married, give the following information about your spouse:

1. Spouse's Family Name *(Last Name)*          Given Name *(First Name)*          Full Middle Name *(If applicable)*

2. Date of Birth *(Month/Day/Year)*          3. Date of Marriage *(Month/Day/Year)*          4. Spouse's Social Security Number

5 Home Address - Street Number and Name          Apartment Number

City          State          ZIP Code

**Part 8. Information About Your Marital History** *(Continued)*

Write your INS "A"- number here:
A _ A074 832 676 _ _ _ _

C. Is your spouse a U.S. citizen?  ☐ Yes  ☐ No

D. If your spouse is a U.S. citizen, give the following information:

1. When did your spouse become a U.S. citizen?  ☐ At Birth  ☐ Other

If "Other," give the following information:

2. Date your spouse became a U.S. citizen
_ _ _ _ _ _ _ _

3. Place your spouse became a U.S. citizen *(Please see Instructions)*

City and State

E. If your spouse is NOT a U.S. citizen, give the following information:

1. Spouse's Country of Citizenship

2. Spouse's INS "A"- Number *(If applicable)*
A _ _ _ _ _ _ _ _ _

3. Spouse's Immigration Status
☐ Lawful Permanent Resident  ☐ Other _____

F. If you were married before, provide the following information about your prior spouse. If you have more than one previous marriage, use a separate sheet of paper to provide the information requested in questions 1-5 below.

| 1. Prior Spouse's Family Name *(Last Name)* | Given Name *(First Name)* | Full Middle Name *(If applicable)* |
|---|---|---|
| Yarkovaia | Olga | Sergeevna |

2. Prior Spouse's Immigration Status
☐ U.S. Citizen
☐ Lawful Permanent Resident
☒ Other   **Russian citizen**

3. Date of Marriage *(Month/Day/Year)*
_ _ _ _ _ 1974

4. Date Marriage Ended *(Month/Day/Year)*
_ _ 10/14/1995

5. How Marriage Ended
☐ Divorce  ☒ Spouse Died  ☐ Other _____

G. How many times has your current spouse been married (including annulled marriages)? ☐

If your spouse has EVER been married before, give the following information about your spouse's prior marriage.
If your spouse has more than one previous marriage, use a separate sheet of paper to provide the information requested in questions 1 - 5 below.

| 1. Prior Spouse's Family Name *(Last Name)* | Given Name *(First Name)* | Full Middle Name *(If applicable)* |
|---|---|---|
| Romanyuk | Nataliya | Mykolaivna |

2. Prior Spouse's Immigration Status
☐ U.S. Citizen
☐ Lawful Permanent Resident
☒ Other   **Ukraine citizen**

3. Date of Marriage *(Month/Day/Year)*
_ _ _ _ _ 1999

4. Date Marriage Ended *(Month/Day/Year)*
_ _ 01/08/2002 _ _

5. How Marriage End
☒ Divorce  ☐ Spouse Died  ☐ Other _____

| Part 9. Information About Your Children | | | | |
|---|---|---|---|---|

Write your INS "A"- number here:
A __ A074 832 676 __

A. How many sons and daughters have you had? For more information on which sons and daughters you should include and how to complete this section, see the Instructions.  **1**

B. Provide the following information about all of your sons and daughters. If you need more space, use a separate sheet of paper.

| Full name of Son or Daughter | Date of Birth (Month/Day/Year) | INS "A"- number (if child has one) | Country of Birth | Current Address (Street, City, State & Country) |
|---|---|---|---|---|
| Nikolai Victorovich Chernyy | 1982 | A 074 832 677 | U.S.S.R. | 2120 Observatory Place, N.W. Washington  DC  20007 |
| | | A | | |
| | | A | | |
| | | A | | |
| | | A | | |
| | | A | | |
| | | A | | |
| | | A | | |

| Part 10. Additional Questions | |
|---|---|

Please answer questions 1 through 14. If you answer "Yes" to any of these questions, include a written explanation with this form. Your written explanation should (1) explain why your answer was "Yes," and (2) provide any additional information that helps to explain your answer.

### A. General Questions

1. Have you EVER claimed to be a U.S. citizen *(in writing or any other way)*? ☐ Yes ☒ No
2. Have you EVER registered to vote in any Federal, state, or local election in the United States? ☐ Yes ☒ No
3. Have you EVER voted in any Federal, state, or local election in the United States? ☐ Yes ☒ No
4. Since becoming a Lawful Permanent Resident, have you EVER failed to file a required Federal, state, or local tax return? ☐ Yes ☒ No
5. Do you owe any Federal, state, or local taxes that are overdue? ☐ Yes ☒ No
6. Do you have any title of nobility in any foreign country? ☐ Yes ☒ No
7. Have you ever been declared legally incompetent or been confined to a mental institution within the last 5 years? ☐ Yes ☒ No

**Part 10. Additional Questions** *(Continued)*

Write your INS "A"- number here:

A __ **A074 832 676** __ __ __ __ __ __ __

#### B. Affiliations

8. a. Have you **EVER** been a member of or associated with any organization, association, fund, foundation, party, club, society, or similar group in the United States or in any other place?    ☒ Yes    ☐ No

   b. If you answered "Yes," list the name of each group below. If you need more space, attach the names of the other group(s) on a separate sheet of paper.

| Name of Group | Name of Group |
|---|---|
| 1. AFCEA, The Association for Communications, | 6. |
| 2.    Electronics, Intelligence & Information | 7. |
| 3.    Systems Professionals | 8. |
| 4. IEEE, The Institute of Electrical and Electronics | 9. |
| 5.    Engineers, Computer Society | 10. |

9. Have you **EVER** been a member of or in any way associated *(either directly or indirectly)* with:

   a. The Communist Party?    ☒ Yes    ☐ No

   b. Any other totalitarian party?    ☐ Yes    ☒ No

   c. A terrorist organization?    ☐ Yes    ☒ No

10. Have you **EVER** advocated *(either directly or indirectly)* the overthrow of any government by force or violence?    ☐ Yes    ☒ No

11. Have you **EVER** persecuted *(either directly or indirectly)* any person because of race, religion, national origin, membership in a particular social group, or political opinion?    ☐ Yes    ☒ No

12. Between March 23, 1933, and May 8, 1945, did you work for or associate in any way *(either directly or indirectly)* with:

   a. The Nazi government of Germany?    ☐ Yes    ☒ No

   b. Any government in any area (1) occupied by, (2) allied with, or (3) established with the help of the Nazi government of Germany?    ☐ Yes    ☒ No

   c. Any German, Nazi, or S.S. military unit, paramilitary unit, self-defense unit, vigilante unit, citizen unit, police unit, government agency or office, extermination camp, concentration camp, prisoner of war camp, prison, labor camp, or transit camp?    ☐ Yes    ☒ No

#### C. Continuous Residence

Since becoming a Lawful Permanent Resident of the United States:

13. Have you **EVER** called yourself a "nonresident" on a Federal, state, or local tax return?    ☐ Yes    ☒ No

14. Have you **EVER** failed to file a Federal, state, or local tax return because you considered yourself to be a "nonresident"?    ☐ Yes    ☒ No

| Part 10. Additional Questions   *(Continued)* | Write your INS "A"- number here: |
|---|---|
| | A __ A074 832 676 __ __ __ __ |

### D. Good Moral Character

For the purposes of this application , you must answer "Yes" to the following questions, if applicable, even if your records were sealed or otherwise cleared or if anyone, including a judge, law enforcement officer, or attorney, told you that you no longer have a record.

15. Have you **EVER** committed a crime or offense for which you were NOT arrested?  ☐ Yes ☒ No

16. Have you **EVER** been arrested, cited, or detained by any law enforcement officer
    (including INS and military officers) for any reason?  ☐ Yes ☒ No

17. Have you **EVER** been charged with committing any crime or offense?  ☐ Yes ☒ No

18. Have you **EVER** been convicted of a crime or offense?  ☐ Yes ☒ No

19. Have you **EVER** been placed in an alternative sentencing or a rehabilitative program
    (for example: diversion, deferred prosecution, withheld adjudication, deferred adjudication)?  ☐ Yes ☒ No

20. Have you **EVER** received a suspended sentence, been placed on probation, or been paroled?  ☐ Yes ☒ No

21 Have you **EVER** been in jail or prison?  ☐ Yes ☒ No

If you answered "Yes" to any of questions 15 through 21, complete the following table. If you need more space, use a separate sheet of paper to give the same information.

| Why were you arrested, cited, detained, or charged? | Date arrested, cited, detained, or charged *(Month/Day/Year)* | Where were you arrested, cited, detained or charged? *(City, State, Country)* | Outcome or disposition of the arrest, citation, detention or charge *(No charges filed, charges dismissed, jail, probation, etc.)* |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

Answer questions 22 through 33. If you answer "Yes" to any of these questions, attach (1) your written explanation why your answer was "Yes," and (2) any additional information or documentation that helps explain your answer.

22. Have you **EVER**:

    a. been a habitual drunkard?  ☐ Yes ☒ No

    b. been a prostitute, or procured anyone for prostitution?  ☐ Yes ☒ No

    c. sold or smuggled controlled substances, illegal drugs or narcotics?  ☐ Yes ☒ No

    d. been married to more than one person at the same time?  ☐ Yes ☒ No

    e. helped anyone enter or try to enter the United States illegally?  ☐ Yes ☒ No

    f. gambled illegally or received income from illegal gambling?  ☐ Yes ☒ No

    g. failed to support your dependents or to pay alimony?  ☐ Yes ☒ No

23. Have you **EVER** given false or misleading information to any U.S. government official
    while applying for any immigration benefit or to prevent deportation, exclusion, or removal?  ☐ Yes ☒ No

24. Have you **EVER** lied to any U.S. government official to gain entry or admission into the
    United States?  ☐ Yes ☒ No

**Part 10. Additional Questions** *(Continued)*

Write your INS "A"- number here:

A _____ A074 832 676 _____ _____ _____

### E. Removal, Exclusion, and Deportation Proceedings

25. Are removal, exclusion, rescission or deportation proceedings pending against you? ☐ Yes ☒ No

26. Have you **EVER** been removed, excluded, or deported from the United States? ☐ Yes ☒ No

27. Have you **EVER** been ordered to be removed, excluded, or deported from the United States? ☐ Yes ☒ No

28. Have you **EVER** applied for any kind of relief from removal, exclusion, or deportation? ☐ Yes ☒ No

### F. Military service

29. Have you **EVER** served in the U.S. Armed Forces? ☐ Yes ☒ No

30. Have you **EVER** left the United States to avoid being drafted into the U.S. Armed Forces? ☐ Yes ☒ No

31. Have you **EVER** applied for any kind of exemption from military service in the U.S. Armed Forces? ☐ Yes ☒ No

32. Have you **EVER** deserted from the U.S. Armed Forces? ☐ Yes ☒ No

### G. Selective Service Registration

33. Are you a male who lived in the United States at any time between your 18th and 26th birthdays
    in any status except as a lawful nonimmigrant? ☐ Yes ☒ No

If you answered "NO", go on to question 34.

If you answered "YES", provide the information below.

If you answered "YES", but you did NOT register with the Selective Service System and are still under 26 years of age, you must register before you apply for naturalization, so that you can complete the information below:

Date Registered (Month/Day/Year) [        ]    Selective Service Number _ _ _ _ _ _ _ _

If you answered "YES", but you did NOT register with the Selective Service and you are now 26 years old or older, attach a statement explaining why you did not register.

### H. Oath Requirements    *(See Part 14 for the text of the oath)*

Answer questions 34 through 39. If you answer "No" to any of these questions, attach (1) your written explanation why the answer was "No" and (2) any additional information or documentation that helps to explain your answer.

34. Do you support the Constitution and form of government of the United States? ☒ Yes ☐ No

35. Do you understand the full Oath of Allegiance to the United States? ☒ Yes ☐ No

36. Are you willing to take the full Oath of Allegiance to the United States? ☒ Yes ☐ No

37. If the law requires it, are you willing to bear arms on behalf of the United States? ☒ Yes ☐ No

38. If the law requires it, are you willing to perform noncombatant services in the U.S. Armed Forces? ☒ Yes ☐ No

39. If the law requires it, are you willing to perform work of national importance under civilian
    direction? ☒ Yes ☐ No

| Part 11. Your Signature | Write your INS "A"- number here: |
|---|---|
| | A 074 832 676 |

I certify, under penalty of perjury under the laws of the United States of America, that this application, and the evidence submitted with it, are all true and correct. I authorize the release of any information which INS needs to determine my eligibility for naturalization.

Your Signature

Date *(Month/Day/Year)*

08/08/2003

## Part 12. Signature of Person Who Prepared This Application for You    *(if applicable)*

I declare under penalty of perjury that I prepared this application at the request of the above person. The answers provided are based on information of which I have personal knowledge and/or were provided to me by the above named person in response to the *exact questions* contained on this form.

Preparer's Printed Name

James D. Alexander, Esq.

Preparer's Signature

Date *(Month/Day/Year)*

08/08/2003

Preparer's Firm or Organization Name *(If applicable)*

MAGGIO & KATTAR, P.C..

Preparer's Daytime Phone Number

(202) 483-0053

Preparer's Address - Street Number and Name

11 Dupont Circle, N.W., Suite 775

City

Washington

State

DC

ZIP Code

20036

### Do Not Complete Part 13 and 14 Until an INS Officer Instructs You To Do So

## Part 13. Signature at Interview

I swear (affirm) and certify under penalty of perjury under the laws of the United States of America that I know that the contents of this application for naturalization subscribed by me, including corrections numbered 1 through _____ and the evidence submitted by me numbered pages 1 through _____, are true and correct to the best of my knowledge and belief.

Subscribed to and sworn to (affirmed) before me

Officer's Printed Name or Stamp

Date *(Month/Day/Year)*

Complete Signature of Applicant

Officer's Signature

## Part 14. Oath of Allegiance

If your application is approved, you will be scheduled for a public oath ceremony at which time you will be required to take the following oath of allegiance immediately prior to becoming a naturalized citizen. By signing below, you acknowledge your willingness and ability to take this oath:

I hereby declare, on oath, that I absolutely and entirely renounce and abjure all allegiance and fidelity to any foreign prince, potentate, state, or sovereignty, of whom or which I have heretofore been a subject or citizen;

that I will support and defend the Constitution and laws of the United States of America against all enemies, foreign and domestic;
that I will bear true faith and allegiance to the same;
that I will bear arms on behalf of the United States when required by the law;
that I will perform noncombatant service in the Armed Forces of the United States when required by the law;
that I will perform work of national importance under civilian direction when required by the law; and
that I take this obligation freely, without any mental reservation or purpose of evasion; so help me God.

Printed Name of Applicant

Complete Signature of Applicant

**Addendum for Form N-400   CHERNYY, VICTOR**

Addendum to N-400 Part 7, Time outside the U.S.

| DATE LEFT US | DATE RETURNED | COUNTRIES VISITED | TOTAL DAYS OUTSIDE U.S. |
|---|---|---|---|
| 12/10/1998 | 12/19/1998 | Ukraine | 10 |
| 11/14/1998 | 11/23/1998 | Ukraine | 10 |
| 10/17/1998 | 10/31/1998 | Germany, Ukraine | 15 |
| 09/19/1998 | 10/05/1998 | Austria, Ukraine | 22 |
| 08/15/1998 | 08/31/1998 | Malta, Germany | 17 |
| 07/24/1998 | 08/01/1998 | Austria | 8 |
| 06/24/1998 | 07/05/1998 | Ukraine | 12 |
| 05/20/1998 | 06/06/1998 | Germany, Ukraine | 18 |
| 04/25/1998 | 05/06/1998 | United Kingdom, Ukraine | 12 |
| 04/02/1998 | 04/10/1998 | Ukraine | 9 |
| 02/28/1998 | 03/06/1998 | Ukraine | 7 |
| 01/24/1998 | 01/30/1998 | Ukraine | 7 |
| 12/13/1997 | 12/17/1997 | Ukraine | 5 |
| 11/15/1997 | 11/19/1997 | Ukraine | 5 |

Addendum to Part 7.

Total days spent outside the United
since the Application for Naturaliz

Total trips

**Post-it² Fax Note** 7671

| To Thomas Ragland | From Victor Cheru_ |
|---|---|
| Co./Dept. Maggio and Kattar | Co. self |
| Phone # | Phone # 202. 338.74_ |
| Fax # 202.483.6801. | Fax # 202. 338.17_ |

Date 11/06/06

| Date You Left the United States (Month/Day/Year) | Date You Returned to the United States (Month/Day/Year) | Did Trip Last 6 Months or More? | Countries to Which You Traveled | Total Days Out of the United States |
|---|---|---|---|---|
| 08 /27 /2003 | 1 0/24 /2003 | ☐ Yes  ☒ No | | |
| 12 /10 /2003 | 01 /24 /2004 | ☐ Yes  ☒ No | Italy, Russia, Ukraine | 57 |
| 02 /11 /2004 | 03 /30 /2004 | ☐ Yes  ☒ No | Ukraine | 44 |
| 05 /04 /2004 | 07 /04 /2004 | ☐ Yes  ☒ No | Ukraine | 46 |
| 08 /02 /2004 | 10 /19 /2004 | ☐ Yes  ☒ No | Russia, Ukraine | 59 |
| 10 /31 /2004 | 12 /08 /2004 | ☐ Yes  ☒ No | Ukraine | 78 |
| / / | / / | ☐ Yes  ☒ No | Ukraine | 37 |
| / / | / / | ☐ Yes  ☐ No | | |
| / / | / / | ☐ Yes  ☐ No | | |
| / / | / / | ☐ Yes  ☐ No | | |
| / / | / / | ☐ Yes  ☐ No | | |

Addendum to Part 8. Information about Marital History.

Total times married

Information about the spouse:                                3

**1. Spouse's Family Name (Last Name)**
Chernaya

**Given Name (First Name)**
Nataliya

**Full Middle Name (If applicable)**
Vasilievna

**2. Date of Birth (Month/Day/Year)**
_ _ _ / 1967

**3. Date of Marriage (Month/Day/Year)**
02 /21 / 2004

**4. Spouse's Social Security Number**
n/a - -

**5. Home Address-Street Number and Name**
24 Gogol Street

**Apartment Number**
64

**City**
Yalta

**State**
Crimea, Ukraine

**ZIP Code**
98635

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Victor CHERNNY

**DEFENDANTS**
Phyllis HOWARD, Emilio T. GONZALEZ, Michael CHERTOFF, Robert S. MUELLER

(b) County of Residence of First Listed Plaintiff    Washington DC
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant
(IN U.S. PLAINTIFF CASES ONLY)
NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
Michael Maggio, MAGGIO & KATTAR
11 Dupont Circle NW Suite 775 Washington DC 20036 (202) 483-0053

Attorneys (If Known)
U.S. Attorneys

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1  U.S. Government
Plaintiff

☐ 3  Federal Question
(U.S. Government Not a Party)

☒ 2  U.S. Government
Defendant

☐ 4  Diversity
(Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff
(For Diversity Cases Only)                                      and One Box for Defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 160 Stockholders' Suits | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 190 Other Contract | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 195 Contract Product Liability | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | ☐ 442 Employment | **Habeas Corpus:** | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 443 Housing/ Accommodations | ☐ 530 General | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | | | | | |

## V. ORIGIN (Place an "X" in One Box Only)

☒ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify)  ☐ 6 Multidistrict Litigation  ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
8 U.S.C. §1447(b)
Brief description of cause:
Complaint for Hearing on Naturalization Application

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND:  ☐ Yes  ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions)    JUDGE                    DOCKET NUMBER

DATE    11/28/06    SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT #_____  AMOUNT_____  APPLYING IFP_____  JUDGE_____  MAG. JUDGE_____