UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VICTOR CHERNYY ) | |
| ) | |
| Plaintiff ) | Case No: 06-2026 (ESH) |
| ) | |
| v. ) | |
| ) | |
| PHYLLIS HOWARD, District Director ) | |
| Washington Field Office ) | |
| US Citizenship & Immigration Service, ) | |
| et. al ) | |
| ) | |
| Defendants. ) | |

**CONSENT MOTION TO EXTEND**

Defendants, by and through undersigned counsel, respectfully move this Court pursuant to Federal Rule of Civil Procedure 6(b)(1) to enlarge the time to answer or otherwise respond to Plaintiff's Complaint. Defendants requests that the deadline for responding to Plaintiff's Complaint be extended sixty days, from February 5, 2007 to April 5, 2007. Plaintiff's counsel has graciously consented to the relief requested. The grounds for this request are set forth below.

Plaintiff seeks adjudication of his Application for Naturalization (Form N-400). Compl. at 1. After review of the Complaint with agency counsel, Defendants believe that completion of the adjudication of Plaintiff's Application without Court intervention is likely. The Defendant is processing Plaintiff's application and believes that it will render a decision by no later than April 5, 2007. This extension is sought in good faith and will not unfairly prejudice any party. Allowing Defendants additional time to process Plaintiff's application will aid both the parties and the Court in the development and resolution of this case.

WHEREFORE, based on the foregoing, Defendants respectfully request that the time for answering or otherwise responding to the Complaint be extended to and including April 5, 2007.

Respectfully submitted,

_____/S/_____
ANDREA McBARNETTE, D.C. Bar  # 483789
Assistant United States Attorney
Judiciary Center Building
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 514-7153

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Praecipe has been served on January 24, 2007 to.

**Michael Maggio**
**Thomas K. Ragland**
**MAGGIO & KATTAR**
**11 Dupont Circle, NW**
**Suite 775**
**Washington, DC 20036**

           /S/
ANDREA McBARNETTE, D.C. Bar  #483789
Assistant United States Attorney
Judiciary Center Building
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 514-7153

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| VICTOR CHERNYY | ) | |
| | ) | |
| Plaintiff | ) | Case No: 06-2026 (ESH) |
| | ) | |
| v. | ) | |
| | ) | |
| PHYLLIS HOWARD, District Director | ) | |
| Washington Field Office | ) | |
| US Citizenship & Immigration Service, | ) | |
| et. al | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

Upon consideration of Defendants' Motion to Extend, it is hereby ordered that the motion is granted.  Defendants may file a response to Plaintiff's Complaint on or before April 5, 2007.

_____
UNITED STATES DISTRICT JUDGE

Dated: _____, 2007